# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -7 2017

JEFFREY P. COLWELL
CLERK

Civil Action No. 1: 17-cv-01654-GPG

SAUNDERS-VELEZ, Plaintiff,

v.

Colorado Department of Corrections (CDOC)
    Travis Trani in his official capacity as Director of Prisons, Mike Romero in his official capacity as Colorado Territorial Correctional Facility Warden, Rick Raemisch in his official capacity as Executive Director of Colorado Department of Corrections, Ryan Long in his official capacity as Denver Reception and Diagnostic Center Warden, Kellie Wasko in her official capacity as Deputy Executive Director of Colorado Department of Corrections, Denver Reception and Diagnostic Center (DRDC) and The Colorado Territorial Correctional Facility (CTCF).

## AMENDED PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1.     I am unable to pay such fees or give security therefor.

2.     I am entitled to redress.

3.     The nature of this action is: Transgender issues- Life Safety

4. My assets and their value are listed below: (attach an additional page if necessary)

   (Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

5. Are you in imminent danger of serious physical injury?

   _____ Yes  X No  (CHECK ONE). If you answered yes, briefly explain your answer:

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on 7/31/2017

(Prisoner's Original Signature)
/s/ Lindsay Alexandria Saunders-Velez
Plaintiff
Lindsay Alexandria Saunders-Velez #93810
DOC# 176407
P.O. Box 1010 Canon City, Colorado 81215-1010

# AUTHORIZATION

I, Lindsay Alexandria Saunders-Velez, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): Lindsay Alexandria Saunders-Velez

(Prisoner's Original Signature)
/s/ Lindsay Alexandria Saunders-Velez
Plaintiff
Lindsay Alexandria Saunders-Velez #93810
DOC# 176407
P.O. Box 1010 Canon City, Colorado 81215

# CERTIFICATE OF PRISON OFFICIAL

 I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below. SEE Exhibit A

Prisoner's Name: Lindsay Alexandria Saunders-Velez a/k/a Elias Alexander Saunders-Velez

Signature of Authorized Prison Official: _____

Date: _____

Exhibit A

COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**Statement of Account Activity**
Period: 01/01/2017 - 07/26/2017
Printed: 07/26/2017

Name: SAUNDERS, ELIAS A
Number: 176407
Location: CTCF - CTCF/CH7

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/17 00:00 | Beginning Balance | | 0.00 | 0.00 | | | 0.00 | 0.00 | |
| 05/18/17 13:42 | INTAKE - CREDIT | 25.00 | 25.00 | 25.00 | MANDATORY | 5.00 | 5.00 | 20.00 | DU |
| 05/22/17 23:25 | JPAY CREDIT | 50.00 | 75.00 | 75.00 | MANDATORY | 10.00 | 15.00 | 60.00 | DU |
| 05/30/17 08:48 | Canteen #12804270 Hold | | | 75.00 | CANTEEN | 21.93 | 36.93 | 38.07 | |
| 05/31/17 01:32 | RESTITUTION-16CR1313 | -15.00 | 60.00 | 60.00 | | | 21.93 | 38.07 | DU |
| 05/31/17 06:24 | Canteen Ord#12804270 | -21.93 | 38.07 | 38.07 | | | 0.00 | 38.07 | DU |
| 06/03/17 23:24 | JPAY CREDIT | 12.50 | 50.57 | 50.57 | | | 0.00 | 50.57 | DU |
| 06/06/17 08:08 | Canteen #12821385 Hold | | | 50.57 | CANTEEN | 27.73 | 27.73 | 22.84 | |
| 06/06/17 16:20 | Canteen Ord#12821385 | -27.73 | 22.84 | 22.84 | | | 0.00 | 22.84 | DU |
| 06/07/17 13:08 | POSTAGE-DEBIT | -0.46 | 22.38 | 22.38 | | | 0.00 | 22.38 | DU |
| 06/12/17 23:23 | JPAY CREDIT | 40.00 | 62.38 | 62.38 | | | 0.00 | 62.38 | FF |
| 06/13/17 06:41 | Canteen Cred#12837309 | 27.73 | 90.11 | 90.11 | | | 0.00 | 90.11 | FF |
| 06/14/17 13:08 | POSTAGE-DEBIT | -0.46 | 89.65 | 89.65 | | | 0.00 | 89.65 | FF |
| 06/14/17 13:08 | POSTAGE-DEBIT | -0.46 | 89.19 | 89.19 | | | 0.00 | 89.19 | FF |
| 06/14/17 13:08 | POSTAGE-DEBIT | -0.46 | 88.73 | 88.73 | | | 0.00 | 88.73 | FF |
| 06/16/17 10:56 | Canteen #12850467 Hold | | | 88.73 | CANTEEN | 9.90 | 9.90 | 78.83 | |
| 06/20/17 07:39 | Canteen Ord#12850467 | -9.90 | 78.83 | 78.83 | | | 0.00 | 78.83 | FF |
| 06/23/17 13:42 | ID DEBIT | -2.00 | 76.83 | 76.83 | | | 0.00 | 76.83 | CT |
| 06/26/17 08:53 | Canteen #12867484 Hold | | | 76.83 | CANTEEN | 34.52 | 34.52 | 42.31 | |
| 06/27/17 23:22 | JPAY CREDIT | 50.00 | 126.83 | 126.83 | MANDATORY | 10.00 | 44.52 | 82.31 | CT |
| 06/28/17 07:10 | Canteen Ord#12867484 | -34.52 | 92.31 | 92.31 | | | 10.00 | 82.31 | CT |
| 06/28/17 07:16 | Canteen Cred#12864219 | 6.90 | 99.21 | 99.21 | | | 10.00 | 89.21 | CT |
| 06/30/17 01:12 | RESTITUTION-13JD81 | -10.00 | 89.21 | 89.21 | | | 0.00 | 89.21 | CT |
| 07/05/17 09:25 | Canteen #12881404 Hold | | | 89.21 | CANTEEN | 49.59 | 49.59 | 39.62 | |
| 07/05/17 09:38 | 1 1 TJ UNASSIGNED | 3.84 | 93.05 | 93.05 | MANDATORY | 0.77 | 50.36 | 42.69 | CT |
| 07/05/17 10:03 | 8 MAINTENANCE GENERAL | 1.68 | 94.73 | 94.73 | MANDATORY | 0.34 | 50.70 | 44.03 | CT |
| 07/05/17 10:04 | 1 NEW ARRIVALS | 0.96 | 95.69 | 95.69 | MANDATORY | 0.19 | 50.89 | 44.80 | CT |
| 07/06/17 07:49 | Canteen Ord#12881404 | -49.59 | 46.10 | 46.10 | | | 1.30 | 44.80 | CT |
| 07/10/17 10:08 | Canteen #12889689 Hold | | | 46.10 | CANTEEN | 30.64 | 31.94 | 14.16 | |
| 07/11/17 14:05 | CULINARY | -7.00 | 39.10 | 39.10 | | | 31.94 | 7.16 | CT |
| 07/12/17 10:09 | Canteen #12905509 Hold | | | 39.10 | CANTEEN | 7.00 | 38.94 | 0.16 | |
| 07/13/17 08:23 | Canteen Ord#12905509 | -7.00 | 32.10 | 32.10 | | | 31.94 | 0.16 | CT |
| 07/16/17 23:22 | JPAY CREDIT | 15.00 | 47.10 | 47.10 | MANDATORY | 3.00 | 34.94 | 12.16 | CT |
| 07/17/17 13:51 | POSTAGE-DEBIT | -0.70 | 46.40 | 46.40 | | | 34.94 | 11.46 | CT |
| 07/18/17 13:16 | Canteen #12919495 Hold | | | 46.40 | CANTEEN | 10.00 | 44.94 | 1.46 | |
| 07/18/17 23:26 | JPAY CREDIT | 20.00 | 66.40 | 66.40 | MANDATORY | 4.00 | 54.94 | 11.46 | CT |
| 07/18/17 23:26 | JPAY CREDIT | 30.00 | 96.40 | 96.40 | MANDATORY | 6.00 | 54.94 | 41.46 | CT |
| 07/19/17 07:02 | Canteen Ord#12889689 | -30.64 | 65.76 | 65.76 | | | 24.30 | 41.46 | CT |
| 07/19/17 07:14 | Canteen Ord#12919495 | -10.00 | 55.76 | 55.76 | | | 14.30 | 41.46 | CT |
| 07/19/17 08:32 | Canteen #12920974 Hold | | | 55.76 | CANTEEN | 11.95 | 26.25 | 29.51 | |
| 07/20/17 23:24 | JPAY CREDIT | 20.00 | 75.76 | 75.76 | MANDATORY | 4.00 | 30.25 | 45.51 | CT |
| 07/21/17 06:38 | Canteen Ord#12920974 | -11.95 | 63.81 | 63.81 | | | 18.30 | 45.51 | CT |
| 07/23/17 23:25 | JPAY CREDIT | 25.00 | 88.81 | 88.81 | MANDATORY | 5.00 | 23.30 | 65.51 | CT |
| 07/26/17 07:49 | Canteen #12932631 Hold | | | 88.81 | CANTEEN | 62.11 | 85.41 | 3.40 | |

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

Name: SAUNDERS, ELIAS A
Number: 176407
Location: CTCF - CTCF/CH7

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 07/26/17 23:58 | Ending Balance | | 88.81 | 88.81 | | | 85.41 | 3.40 | |
| | Total Deposits: | 328.61 | | | | | | | |
| | Total Withdrawals: | 239.80 | | | | | | | |

### Account Information as of 07/26/2017 9:18AM

| | | | |
|---|---|---|---|
| Status: ACTIVE | Current Balance: 88.81 | Total Money In Hold: | $0.00 |
| | Total Reserved/Encumbered: $85.41 | Available Balance | $3.40 |

### Statement Information

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

*[signature: L. Jordan CMT]*

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

# CERTIFICATE OF MAILING

I certify that on this 31 day of August , 2017    , that a true and correct copy of the above and foregoing **AMENDED PRISONER COMPLAINT and AMENDED PRISONER'S MOTION AND AFFIDAVITFOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915** was deposited in the U.S. Mail, postage pre-paid and addressed or by other means to the following:

1. Defendant Colorado Department of Corrections (CDOC). Mailing address of 1250 Academy Loop, Colorado Spring, Colorado 80910
2. Defendant Rick Raemisch in his official capacity as Executive Director of Colorado Department of Corrections. Mailing address of 1250 Academy Loop, Colorado Spring, Colorado 80910
3. Defendant Travis Trani in his official capacity as Director of Prisons. Mailing address of 1250 Academy Loop, Colorado Spring, Colorado 80910.
4. Defendant Kellie Wasko in her official capacity as Deputy Executive Director of Colorado Department of Corrections. Mailing address of 1250 Academy Loop, Colorado Spring, Colorado 80910.
5. Defendant Ryan Long in his official capacity as Denver Reception and Diagnostic Center Warden. Mailing address of 10900 Smith Road Denver, CO 80239
6. Defendant Mike Romero in his official capacity as Colorado Territorial Correctional Facility Warden. Mailing address of P.O. Box 1010 Canon City, Colorado 81215-1010.
7. Office of The U.S. Court Clerk 901- 19th ST., Room A105 Denver, CO 80294
8. Office of the Attorney General Ralph L. Carr Colorado Judicial Center 1300 Broadway, 10th Floor Denver, CO   80203

(Prisoner's Original Signature)
/s/ Lindsay Alexandria Saunders-Velez
Plaintiff
Lindsay Alexandria Saunders-Velez #93810
DOC# 176407
P.O. Box 1010 Canon City, Colorado 81215-1010

Colorado Department of Corrections
Name Sowder, Elias
Register Number 161667
Unit CH 7-3R-9
Box Number 210
City, State, Zip Canon City, CO 81215

Legal

U.S Court Clerk
901- 19th Street RM: A105
Denver, CO 80294)

Re: 1:17-cv-01654-GPG

FIRST-CLASS MAIL
08/02/2017
US POSTAGE $01.82°
ZIP 81212
041L11241745



FACILITY CTCF DATE REC'D 8-1-13
DOC EMPLOYEE LAST NAME m. Garcia ID# 135110 mg
DOC# 126407 OFFENDER LAST NAME Saudoz INT