FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 27 2017

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17 -cv- 01654 - MSK-MJK

Saunders-Velez,

Plaintiff(s),

v.

Colorado Department Of Corrections et. al.,

Defendant(s).

---

## PRISONER MOTION FOR APPOINTMENT OF COUNSEL

I am a [✓] plaintiff [ ] defendant **[Select which side you are in your case]** in this civil case and am currently not represented by counsel. I believe that I am unable to proceed with the assertion of my [✓] claims [✓] defenses **[Select what is appropriate to your case]** in this case without the assistance of counsel. I believe I qualify for the appointment of counsel from the Civil Pro Bono Panel.

I understand that, pursuant to the eligibility requirements set forth in D.C.COLO.LAttyR 15(e)(1), this motion may not be ruled upon before the court completes the initial review of this case required by 28 U.S.C. §§ 1915(e)(2), 1915A and D.C.COLO.LCivR 8.1. I also understand that the court may deny this motion without prejudice with leave to re-file after the initial review is completed, if the case is not dismissed. I am aware that **I am obligated, as a party in this case representing myself, to meet all obligations and deadlines imposed** under the law and the rules of procedure, local rules, and the practice of standards of this court until appointed counsel formally enters an appearance in this case. I also confirm my understanding

1

that, in the event this motion is granted, **there is no guarantee that appointment of counsel results in an attorney(s) automatically entering an appearance in this case** – only that a member of the Civil Pro Bono Panel will review the case for possible representation, which may be limited in scope.

Under the court's Civil Pro Bono Representation rule, a judicial officer of this court may enter an Appointment Order authorizing appointment by the clerk of a member of the court's Civil Pro Bono Panel when the following considerations weigh in favor of appointment, subject to the eligibility restrictions and other provisions of D.C.COLO.LAttyR 15:

> (1) the nature and complexity of the action **[Briefly describe below]**;
> This action is challenging prison conditions around transgender care, treatment and housing.
>
> (2) the potential merit of the claims or defenses of the unrepresented party **[Briefly describe below]**;
> the potential in this district is unknown to this plaintiff at this time.
>
> (3) the demonstrated inability of the unrepresented party to retain an attorney by other means **[Briefly describe below]**;
> the plaintiff has no financial means to hire a privacy attorney. Plaintiff has reach out the other law firms, non-profit organization like the ACLU of Colorado.

and

(4) the degree to which the interests of justice, including the benefits to the court,

will be served by appointment of counsel **[Briefly describe below]**:

The best interests of justice will be severed by have a experience attorney that will ensure the access to justice in accordance with the rule of law, safeguards rights and liberties of the 19 year old trans-gender plaintiff and resolve this matter in a timely and efficient manner.

D.C.COLO.LAttyR 15(f)(1)(B); *Hill v. SmithKline Beecham Corp.*, 393 F.3d 1111, 1115 (10th Cir. 2004).

**[Please check one or both of the following options:]**

[✓] **General Representation** – I request that appointment of volunteer counsel be granted by the court for *general* representation in this civil action subject to the rules and procedures set forth in D.C.COLO.LAttyR 15.

[ ] **Limited Representation** – I request that appointment of volunteer counsel be granted by the court for the *limited* representation purpose of:

_____

_____

[examples of purposes for limited representation include amending a pleading / drafting a motion / appearing at a conference, hearing, or trial / assisting with a settlement conference / etc.]

I understand that counsel's *limited* representation may be allowed in accordance with D.C.COLO.LAttyR 2(b)(1), under the auspices of the Civil Pro Bono Panel program and its benefits.

Dated at **Canon City** *(city)*, **CO** *(state)*, this **22** day **November**, 201**17**.

Lindsay Alexandria Saunders-Velez A/k/a Elias
(Unrepresented Prisoner's Name)

# 176407
(Prisoner Identification Number)

P.O. Box 1010 Canon City, CO 81215
(Complete Mailing Address)

*[signature]*

## CERTIFICATE OF MAILING

I certify that on this 22 day of November, 2017, that a true and correct copy of the above and foregoing Motion for Appointment of Counsel was deposited in the U.S. Mail, postage pre-paid and addressed to the following:

1. Colorado Department of Corrections, Rick Raemisch, Travis Trani, Kellie Wasko, Ryan Long, Mike Romero, Denver Reception & Diagnostic Center and Colorado Territorial Correctional Facility thru there attorney(s):

Colorado Department of Law, office of the Attorney General,
Civil Litigation and Employment Law Section
1300 Broadway, 10th Floor Denver, CO 80203

2. Office of the U.S Court Clerk 901 19th street, Room A105 Denver, CO 80294

Lindsay Alexandria Saunders-Velez
Plaintiff
/s/ Lindsay Alexandria Saunders-Velez #93810
DOC# 176407
P.O. Box 1010 Canon City, Colorado 81215-1010

**Colorado Department Of Corrections**

Name Saunders, E.L.
Register Number 170407
Unit CH7 4R 22
Box Number PO Box 1010
City, State, Zip Cañon City, CO 81215

DENVER
CO 802
24 NOV '17
PM 7 L

neopost
11/24/2017
US POSTAGE $00.49
ZIP 81212
041L11241745

Office of the U.S. Courthouse Clerk
901 19th Street Room A-105
Denver, Colorado 80249
Re: 17-CV-01651-MSK-MJK

80294-250099

FACILITY CTCF
DATE REC'D 11/27/17
DOC EMPLOYEE LAST NAME Miller INT [illegible]
DOC # 2209 INT MH
OFFENDER LAST NAME Saunders INT [illegible]
DOC # 170409 INT

Legal
11/27/2017

Legal
DO NOT OPEN
FOR REVIEW
10627