IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| Civil Action No: 17-cv-01654-MSK-MJW | Date: January 18, 2018 |
| Courtroom Deputy: Stacy Libid | FTR: Courtroom A-502 |

| *Parties:* | *Counsel:* |
|---|---|
| LINDSAY ALEXANDRIA SAUNDERS-VELEZ a/k/a Elias Alexander Saunders-Velez, <br><br>   Plaintiff, <br><br> v. | Pro se, by phone |
| COLORADO DEPARTMENT OF CORRECTIONS, TRAVIS TRANI, in his official capacity as Director of Prisons, <br> MIKE ROMERO, in his official capacity as Colorado Territorial Correctional Facility Warden, <br> RICK RAEMISCH, in his official capacity as Executive Director of Colorado Department of Corrections, <br> RYAN LONG, in his official capacity as Denver Reception and Diagnostic Center Warden, <br> KELLIE WASKO, in her official capacity as Deputy Executive Director of Colorado Department of Corrections, <br> DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC), and <br> THE COLORADO TERRITORIAL CORRECTIONAL FACILITY (CTCF), <br><br>   Defendants. | Christopher Alber |

## COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**
**9:07 a.m.     Court in session.**

Court calls case. Appearance of Pro se plaintiff and defense counsel.

Court notes two pending motions that are before Chief Judge Marcia S. Krieger. Motion to Appoint Pro Bono Counsel [Docket No. 19, filed on November 27, 2017] and Motion to Dismiss [Docket No. 23, filed on January 10, 2018].

Plaintiff is advised that she has until **July 31, 2018** to file a response to Motion to Dismiss [Docket No. 23, filed on January 10, 2018]. Defense counsel has 14 days after the response is filed to file a reply. Plaintiff states she might dismiss this case if she joins a class action lawsuit.

**It is ORDERED:** A **RULE 16 SCHEDULING CONFERENCE** is set on **March 6, 2018** at **11:30 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. A **proposed Scheduling Order** shall be filed **on or before March 2, 2018.**

Counsel shall prepare the proposed Scheduling Order in accordance with the form found in the forms section of the Court's website at www.cod.uscourts.gov and send a copy to Ms. Saunders-Velez for input. Counsel shall electronically file the proposed Scheduling Order as defense counsel has electronic court filing privileges. Incarcerated individuals shall appear by telephone by calling the Court at **(303) 844-2403** at the scheduled time.

Ms. Saunders-Velez addresses the Court regarding two issues. The first issue Ms. Saunders-Velez received the Motion for Extension [Docket No. 21, filed on December 22, 2017] late.

**It is ORDERED:** **Mr. Alber shall contact the Colorado Territorial Correctional Facility and check with the facility regarding the mail. If Ms. Saunders-Velez continues to have issues she shall notify the Court.**

Ms. Saunders-Velez addresses the Court on her second issue regarding the Defense counsels pleadings using incorrect pronouns.

**It is ORDERED:** **Mr. Alber shall refer to Ms. Saunders-Velez as "Plaintiff" in future filings with the Court.**

**9:19 a.m.** **Court in recess** Hearing concluded Total in-court time: 00:12

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.