IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| Civil Action No: 17-cv-01654-MSK-MJW | Date: March 6, 2018 |
| Courtroom Deputy: Stacy Libid | FTR: Courtroom A-502 |

| *Parties:* | *Counsel:* |
|---|---|
| LINDSAY ALEXANDRIA SAUNDERS-VELEZ a/k/a Elias Alexander Saunders-Velez | Pro se |
| Plaintiff, | |
| v. | |
| COLORADO DEPARTMENT OF CORRECTIONS, TRAVIS TRANI, in his official capacity as Director of Prisons, MIKE ROMERO, in his official capacity as Colorado Territorial Correctional Facility Warden, RICK RAEMISCH, in his official capacity as Executive Director of Colorado Department of Corrections, RYAN LONG, in his official capacity as Denver Reception and Diagnostic Center Warden, KELLIE WASKO, in her official capacity as Deputy Executive Director of Colorado Department of Corrections, DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC), and THE COLORADO TERRITORIAL CORRECTIONAL FACILITY (CTCF), | Christopher Alber |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC SCHEDULING CONFERENCE**

**11:37 a.m.    Court in session.**

Court calls case. Appearance of Pro se plaintiff and defense counsel.

A proposed Scheduling Order has not been filed. Scheduling Conference will have to be reset.

| | |
|---|---|
| **It is ORDERED:** | A **RULE 16 SCHEDULING CONFERENCE** is set on **March 19, 2018** at **10:30 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. A **proposed Scheduling Order** shall be filed **on or before March 14, 2018.  Plaintiff shall appear by telephone by calling the Court at (303) 844-2403 at the scheduled time.** |
| **It is ORDERED:** | Mr. Alber shall contact the Colorado Territorial Correctional Facility and notify the facility of the upcoming court date to make sure that Ms. Saunders-Velez will be available at that time. |

**11:45 a.m.    Court in recess**

Hearing concluded

Total in-court time:   00:08

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.