IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| Civil Action No: 17-cv-01654-MSK-MJW | Date: March 19, 2018 |
| Courtroom Deputy: Stacy Libid | FTR: Courtroom A-502 |

| *Parties:* | *Counsel:* |
|---|---|
| LINDSAY ALEXANDRIA SAUNDERS-VELEZ a/k/a Elias Alexander Saunders-Velez<br><br>   Plaintiff,<br><br>v.<br><br>COLORADO DEPARTMENT OF CORRECTIONS,<br>TRAVIS TRANI, in his official capacity as Director of Prisons,<br>MIKE ROMERO, in his official capacity as Colorado Territorial Correctional Facility Warden,<br>RICK RAEMISCH, in his official capacity as Executive Director of Colorado Department of Corrections,<br>RYAN LONG, in his official capacity as Denver Reception and Diagnostic Center Warden,<br>KELLIE WASKO, in her official capacity as Deputy Executive Director of Colorado Department of Corrections,<br>DENVER RECEPTION & DIAGNOSTIC CENTER (DRDC), and<br>THE COLORADO TERRITORIAL CORRECTIONAL FACILITY (CTCF),<br><br>   Defendants. | Pro se, by phone<br><br><br><br><br>Christopher Alber |

**COURTROOM MINUTES/MINUTE ORDER**

**RULE 16 SCHEDULING CONFERENCE**

**10:30 a.m.    Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Parties shall complete their Fed. R. Civ. P. 26(a)(1) disclosures **on or before April 2, 2018.**

Joinder of Parties/Amendment to Pleadings: **May 3, 2018**
Discovery Cut-off: **September 19, 2018**
Dispositive Motions Deadline: **October 19, 2018**

Each side shall be limited to 10 depositions, including experts.
Depositions shall not exceed 7 hours, without prior agreement or absent leave of court.
Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.
Interrogatories, Requests for Production, and Requests for Admissions shall be served on or before **August 17, 2018.**

Each side shall be limited to 2 expert witnesses, absent leave of court.
Plaintiff Disclosure of Affirmative Experts: **June 19, 2018**
Defendant Disclosure of Affirmative Experts: **July 19, 2018**
Disclosure of Rebuttal Experts: **August 20, 2018**
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**FINAL PRETRIAL CONFERENCE**, **TRIAL PREPARATION CONFERENCE, and TRIAL** will be set by Chief Judge Marcia S. Krieger at a future date.
The parties anticipate a 3 day trial to the Court.

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid current photo identification. See D.C.COLO.LCivR 83.2B. Failure to comply with this requirement may result in denial of entry to the courthouse.

**Scheduling Order entered.**

**10:49 a.m.    Court in recess.**

Hearing concluded.

Total in-court time:   00:19

\*\*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.