# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Honorable Marcia S. Krieger

Civil Action No. 17-cv-01654-MSK-MJW

SAUNDERS-VELEZ
    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS (CDOC),
TRAVIS TRANI, in his official capacity as Director of Prisons,
MIKE ROMERO, in his official capacity as Colorado Territorial Correctional Facility Warden,
Rick Raemisch, in his official capacity as Executive Director of Colorado Department of Corrections,
Ryan Long, in his official capacity as Denver Reception and Diagnostic Center Warden,
Kellie Wasko, in her official capacity as Deputy Executive Director of Colorado Department of Corrections,
Denver Reception and Diagnostic Center (DRDC), and
Colorado Territorial Correctional Facility (CTCF)

    Defendant.

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 2 2018

JEFFREY P. COLWELL
CLERK

---

### *Initial Disclosure*

---

After reviewing USCS Fed Rules Civ Proc R 26 (a) (1) Plaintiff learned that she is Exempt from Initial Disclosure as state in Fed Rules Civ Proc R 26 (b) which plaintiff has copied into this disclosure.

In Fed Rules Civ Proc R 26 (b) states as follows:

"(B) Proceedings Exempt from Initial Disclosure. The following proceedings are exempt from initial disclosure:

(i) an action for review on an administrative record;

(ii) a forfeiture action in rem arising from a federal statute;

(iii) a petition for habeas corpus or any other proceeding to challenge a criminal conviction or sentence;

(iv) an action brought without an attorney by a person in the custody of the United States, a state, or a state subdivision;

(v) an action to enforce or quash an administrative summons or subpoena;

(vi) an action by the United States to recover benefit payments;

(vii) an action by the United States to collect on a student loan guaranteed by the United States;

(viii) a proceeding ancillary to a proceeding in another court; and

(ix) an action to enforce an arbitration award."

Plaintiff is without an attorney by a person in the custody of the United States, a state, or a state subdivision therefore plaintiff will not be completing initial disclosure as required by the civil scheduling order.

/s/ Lindsay Alexandria Saunders-Velez

Plaintiff

P.O. Box 1010

Canon City, Colorado 81215-1010

Dated: 3/28/18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 17-cv-01654-MSK-MJW

SAUNDERS-VELEZ
    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS (CDOC),
TRAVIS TRANI, in his official capacity as Director of Prisons,
MIKE ROMERO, in his official capacity as Colorado Territorial Correctional Facility Warden,
Rick Raemisch, in his official capacity as Executive Director of Colorado Department of Corrections,
Ryan Long, in his official capacity as Denver Reception and Diagnostic Center Warden,
Kellie Wasko, in her official capacity as Deputy Executive Director of Colorado Department of Corrections,
Denver Reception and Diagnostic Center (DRDC), and
Colorado Territorial Correctional Facility (CTCF)

    Defendant.

## Certificate of Services

I certify that I have mailed a copy of Ms. Saunders-Velez's INITIAL DISCLOSURE to the named individuals below, the following INITIAL DISCLOSURE was served on: Christopher W. Alber, Colorado Department of Law, Colorado State Attorney General's Office which is appearing for defendants. This was filed with the court and U.S. Mail to counsel on March 29, 2018.

COLORADO DEPARTMENT OF CORRECTIONS, TRAVIS TRANI, MIKE ROMERO, Rick Raemisch, Ryan Long, Kellie Wasko, Denver Reception and Diagnostic Center, and Colorado Territorial Correctional Facility

C/o Christopher Wayne Alber, Sr. Assistant Attorney General & Counsel of Record
Colorado Dept. of Law

Civil Litigation and Employment Law Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203                                                              **VIA U.S. MAIL**

U.S. District Court for the District of Colorado
C/o Clerk of the Court
901- 19th Street  Room A105
Denver, CO 80294                                                              **VIA U.S. MAIL**

/s/ Lindsay Alexandria Saunders-Velez

Plaintiff

P.O. Box 1010

Canon City, Colorado 81215-1010

Dated: 3/28/18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 02 2018
JEFFREY P. COLWELL
CLERK

Civil Action No. 17-cv-01654-MSK-MJW

**SAUNDERS-VELEZ**
Plaintiff,

v.

**COLORADO DEPARTMENT OF CORRECTIONS (CDOC),
TRAVIS TRANI**, in his official capacity as Director of Prisons,
**MIKE ROMERO**, in his official capacity as Colorado Territorial Correctional Facility Warden,
Rick Raemisch, in his official capacity as Executive Director of Colorado Department of Corrections,
Ryan Long, in his official capacity as Denver Reception and Diagnostic Center Warden,
Kellie Wasko, in her official capacity as Deputy Executive Director of Colorado Department of Corrections,
Denver Reception and Diagnostic Center (DRDC), and
Colorado Territorial Correctional Facility (CTCF)

Defendant.

---

*Notice of Seeking SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS*

*OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION*

---

Plaintiff hereby places all parties on notice that Ms. Saunders-Velez is seeking subpoena to produce documents and information in order to file for a Preliminary Injunction and Temporary Restraining Order. Plaintiff is seeking to subpoena the following:

1. 19th Judicial District Probation Dept.
2. Colorado Department of Corrections x2
3. Dr. Laura Thor
4. Platte Valley Youth Services Center

5. Colorado Division of Youth Services

_____
/s/ Lindsay Alexandria Saunders-Velez

Plaintiff

P.O. Box 1010

Canon City, Colorado 81215-1010

Dated: 3/28/2018

Colorado Department Of Corrections
Name Saunders E.L.
Register Number 176407
Unit 7-3R-1
Box Number 1010
City, State, Zip Canon City, CO 81215

Legal

U.S. District Court
c/o: Clerk of the Court
901 - 19th Street Room A105
Denver, CO 80294

DENVER CO 802
30 MAR 2018 PM 9 L

Legal Mail
Do Not Open for Review

C.T.C.F. 3/30/18
FACILITY    DATE REC'D
Pankey       1428   W
DOC EMPLOYEE LAST NAME  ID#  INT
176407 Saunders
DOC#   OFFENDER LAST NAME