**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:   Socorro West                     Date: April 23, 2018
Court Reporter:      Terri Lindblom

Civil Action No. 17-cv-01654-MSK-MJW

_Parties_:                                           _Counsel Appearing:_

LINDSAY ALEXANDRIA SAUNDERS-VELEZ,                   Paula Greisen
                                                     Meredith Munro

              Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS                   Christopher Alber
(CDOC);
TRAVIS TRANI, in his official capacity as Director or
Prisons;
MIKE ROMERO, in his official capacity as Colorado
Territorial Correctional Facility Warden;
RICK RAEMISCH, in his official capacity as Executive
Director of Colorado Department of Corrections;
RYAN LONG, in his official capacity as Denver Reception
and Diagnostic Center Warden;
KELLIE WASKO, in her official capacity as Deputy
Executive Director of Colorado Department of Corrections;
DENVER RECEPTION AND DIAGNOSTIC CENTER
(DRDC); and
THE COLORADO TERRITORIAL CORRECTIONAL
FACILITY (CTCF),

              Defendants.

---

**COURTROOM MINUTES**

---

HEARING:    Law and Motion

**3:02 p.m.       Court in session.**

The Court addresses whether an evidentiary preliminary injunction hearing is needed.

Argument.

Oral findings are made of record and incorporated herein.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:**      Amended Complaint to be filed.  Medical records to be provided to Plaintiff's
counsel.  Parties to file a motion requesting an evidentiary hearing, if necessary,
after Parties have conferred.

**3:29**           **Court in recess.**

**Total Time:   27 Minutes.**
**Hearing concluded.**