IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01654-MSK-NRN

SAUNDERS-VELEZ,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS (CDOC),
TRAVIS TRANI, in his official capacity as Director of Prisons,
MIKE ROMERO, in his official capacity as Colorado Territorial Correctional Facility Warden,
RICK RAEMISCH, in his official capacity as Executive Director of Colorado Department of Corrections,
RYAN LONG, in his official capacity as Denver Reception and Diagnostic Center Warden,
KELLIE WASKO, in her official capacity as Deputy Executive Director of Colorado Department of Corrections,
DENVER RECEPTION AND DIAGNOSTIC CENTER (DRDC), and
THE COLORADO TERRITORIAL CORRECTIONAL FACILITY (CTCF),

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the Joint Second Motion to Amend Scheduling Order (Docket No. 62) is GRANTED. Accordingly, it is further ORDERED that the Scheduling Order (Docket No. 29) is amended to extend the following deadlines:

- the deadline for joinder of parties/amendment of pleadings to September 14, 2018;
- the affirmative expert disclosure deadline to November 2, 2018;
- the rebuttal expert disclosure deadline to December 5, 2018;
- the deadline to serve written discovery to January 3, 2019[1];
- the discovery cut-off to January 31, 2019; and
- the dispositive motion deadline to February 28, 2019.

Date: August 24, 2018

---

[1] The Court assumes that the parties' request for extension to January 3, 2018 was a typographical error.