IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01654-MSK-NRN

SAUNDERS-VELEZ,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS (CDOC),
TRAVIS TRANI, in his official capacity as Director of Prisons,
MIKE ROMERO, in his official capacity as Colorado Territorial Correctional Facility Warden,
RICK RAEMISCH, in his official capacity as Executive Director of Colorado Department of Corrections,
RYAN LONG, in his official capacity as Denver Reception and Diagnostic Center Warden,
KELLIE WASKO, in her official capacity as Deputy Executive Director of Colorado Department of Corrections,
DENVER RECEPTION AND DIAGNOSTIC CENTER (DRDC), and
THE COLORADO TERRITORIAL CORRECTIONAL FACILITY (CTCF),

Defendants.

## JOINT STIPULATED MOTION TO STAY PROCEEDINGS

The Parties, through their counsel, respectfully submit the following Stipulated Joint Motion to Stay Proceedings.  In support thereof, the Parties state as follows:

### CERTIFICATE OF CONSULTATION

Pursuant to D.C.COLO.LCivR 7.1(A), the parties met and conferred regarding the subject matter of this Motion.  The Parties jointly seek the relief requested herein.

1. Plaintiff is a transgender offender currently incarcerated within the Colorado Department of Corrections (CDOC) and has brought claims against the Defendants for alleged violations of Plaintiff's constitutional rights under the Fourth and Eighth Amendments and a conspiracy claim under 42 U.S.C. § 1985(2).

2. Discovery is currently set to close on January 31, 2019. *See* Doc. No. 64.

3. The Parties have been actively engaged in discovery and depositions.

4. However, with a change in administration due to the recent elections, the Parties believe that it will be fruitful to explore the possibility of settlement in this case prior to taking the final eight depositions and completing the remaining discovery.

5. Therefore, the Parties jointly seek a brief stay, up to and including February 14, 2019, so that the Parties may engage in discussions to determine if settlement is possible in this matter. To aid in the negotiation process, the Parties agree that Defendants have until Monday, January 28, 2019, to disclose their expert report.

6. The Parties would then propose that they be given until February 14, 2019, to file a joint status report indicating whether they believe further negotiations will be fruitful or whether the Parties wish the Court to set a new discovery cut-off date and a new deadline to file dispositive motions so that the Parties can complete the remaining discovery and set the remaining depositions.

7. The request herein is not made for the purpose of delay and no party will be prejudiced by a stay in proceedings.

8. There has not been a final pretrial conference set, and thus, the brief stay will not impact the setting of the final pretrial conference. In addition, there is no trial date set in this matter, meaning the trial date will not be impacted by the requested delay.

WHEREFORE, the Parties jointly request, upon good cause shown, that the Court grant a brief stay until February 14, 2019, at which time the Parties will file a joint status report indicating whether they believe further negotiations are necessary or whether the Parties wish the Court to set a discovery cut-off date and a new deadline to file dispositive motions so that Parties can complete the remaining discovery and set the remaining depositions.

Respectfully submitted this 25th day of January, 2019.

<div style="display: flex;">

<div>

*s/ Paula Greisen*

Paula Greisen
Meredith A. Munro
King & Greisen, LLP
1670 York Street
Denver, CO 80206
greisen@kinggreisen.com
munro@kinggreisen.com

</div>

<div>

PHILIP J. WEISER
Attorney General

*s/ Chris W. Alber*

CHRIS W. ALBER
Senior Assistant Attorney General
JACK D. PATTEN, III
Senior Assistant Attorney General
ANN LUVERA
Assistant Attorney General
Colorado Department of Law
Civil Litigation and Employment Law Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: (720) 508-6612 or 6592
Facsimile: (720) 508-6032
Email: chris.alber@coag.gov
        jack.patten@coag.gov
        ann.luvera@coag.gov

</div>

</div>

CERTIFICATE OF SERVICE

I certify that on this 25th day of January, 2019 I electronically filed the foregoing Joint Stipulated Motion to Stay Proceedings with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Paula Greisen
Meredith A. Munro
King & Greisen, LLP
1670 York Street
Denver, CO 80206
greisen@kinggreisen.com
munro@kinggreisen.com

Lynly Egyes
Transgender Law Center-Brooklyn
594 Dean Street, Suit 47
Brooklyn, NY 11238
lynly@transgenderlawcenter.org

Shawn Thomas Meerkamper
Transgender Law Center
P.O. Box 70976
Oakland, CA 94621
shawn@transgenerlawcenter.org

*Counsel for Plaintiff*

*Courtesy Copy To*:
Adrienne Jacobson, CDOC

<div style="text-align:right">*s/ Chris W. Alber*</div>