IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01654-MSK-NRN

SAUNDERS-VELEZ,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS (CDOC),
TRAVIS TRANI, in his official capacity as Director of Prisons,
MIKE ROMERO, in his official and individual capacities as Colorado Territorial Correctional Facility Warden,
RICK RAEMISCH, in his official capacity as Executive Director of Colorado Department of Corrections,
RYAN LONG, in his official capacity as Denver Reception and Diagnostic Center Warden,
KELLIE WASKO, in her official capacity as Deputy Executive Director of Colorado Department of Corrections,
DENVER RECEPTION AND DIAGNOSTIC CENTER (DRDC), and
THE COLORADO TERRITORIAL CORRECTIONAL FACILITY (CTCF),

Defendants.

## JOINT STATUS REPORT AND REQUEST TO CONTINUE THE STAY

The Parties, through their counsel, respectfully submit the following Joint Status Report and Request to Continue the Stay. In support thereof, the Parties state as follows:

### CERTIFICATE OF CONSULTATION

Pursuant to D.C.COLO.LCivR 7.1(A), the parties met and conferred regarding the subject matter of this Motion. The Parties jointly provide the

following status report and ask that the Court continue to stay this matter for a period of one month to allow further settlement discussions.

1. Plaintiff is a transgender offender currently incarcerated within the Colorado Department of Corrections (CDOC) and has brought claims against the Defendants for alleged violations of Plaintiff's constitutional rights under the Fourth and Eighth Amendments and a conspiracy claim under 42 U.S.C. § 1985(2).

2. On January 25, 2019, the Parties jointly sought a brief stay, up to and including February 14, 2019, so that the Parties may engage in discussions to determine if settlement is possible in this matter. [Doc No. 131.]

3. The Parties also asked that they be given until February 14, 2019, to file a joint status report indicating whether they believe further negotiations will be fruitful or whether the Parties wish the Court to set a new discovery cut-off date and a new deadline to file dispositive motions so that the Parties can complete the remaining discovery and set the remaining depositions. *Id.*

4. On January 25, 2019, Magistrate Judge Neureiter granted the Parties' request. He ordered the Parties to provide a joint status report on or before February 14, 2019, concerning the status of settlement negotiations. [Doc. No. 133.]

5. The Parties have engaged in constructive discussions and are in the process of setting a mediation. The Parties request that this matter continue to be stayed for one month to continue these settlement discussions

6. The Parties further propose that they be given until March 14, 2019, to file another status report indicating whether they believe settlement negotiations are continuing to make additional headway or whether the Parties wish the Court to set a new discovery cut-off date and new deadline to file dispositions motions so the Parties can complete the remaining discovery and set the remaining depositions.

7. This request is not made for the purpose of delay and no party will be prejudiced by the additional stay. The Parties have been diligently and constructively engaged in settlement negotiations.

8. There has not been a final pretrial conference set, and thus, the stay will not impact the setting of the final pretrial conference. In addition, there is no trial date set in this matter, meaning the trial date will not be impacted by the requested delay.

WHEREFORE, the Parties submit their joint status report and jointly request, upon good cause shown, that the Court continue to stay this matter until March 14, 2019, at which time the Parties will file another joint status report indicating whether they believe further negotiations are necessary or whether the Parties wish the Court to set a discovery cut-off date and a new deadline to file dispositive motions so that Parties can complete the remaining discovery and set the remaining depositions.

Respectfully submitted this 14th day of February, 2019.

| | |
|---|---|
| KING & GREISEN, LLP | PHILIP J. WEISER<br>Attorney General |
| *s/ Paula Greisen* | *s/ Jack D. Patten, III* |
| Paula Greisen<br>Meredith A. Munro<br>1670 York Street<br>Denver, CO 80206<br>greisen@kinggreisen.com<br>munro@kinggreisen.com | CHRIS W. ALBER<br>Senior Assistant Attorney General<br>JACK D. PATTEN, III<br>Senior Assistant Attorney General<br>ANN LUVERA<br>Assistant Attorney General<br>Colorado Department of Law<br>Civil Litigation and Employment Law Section<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203<br>Telephone: (720) 508-6612 or 6592<br>Facsimile: (720) 508-6032<br>Email: chris.alber@coag.gov<br>           jack.patten@coag.gov<br>           ann.luvera@coag.gov |

## CERTIFICATE OF SERVICE

I certify that on this 14th day of February, 2019 I electronically filed the foregoing JOINT STATUS REPORT AND REQUEST TO CONTINUE STAY with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Paula Greisen
Meredith A. Munro
King & Greisen, LLP
1670 York Street
Denver, CO 80206
greisen@kinggreisen.com
munro@kinggreisen.com

Lynly Egyes
Transgender Law Center-Brooklyn
594 Dean Street, Suite 47
Brooklyn, NY 11238
lynly@transgenderlawcenter.org

Shawn Thomas Meerkamper
Transgender Law Center
P.O. Box 70976
Oakland, CA 94621
shawn@transgenerlawcenter.org

*Counsel for Plaintiff*

*Courtesy Copy To*:
Adrienne Jacobson, CDOC

    *s/ Laurie A. Merrick*_____