IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01654-MSK-NRN

SAUNDERS-VELEZ,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS (CDOC),
TRAVIS TRANI, in his official capacity as Director of Prisons,
MIKE ROMERO, in his official capacity as Colorado Territorial Correctional Facility Warden,
RICK RAEMISCH, in his official capacity as Executive Director of Colorado Department of Corrections,
RYAN LONG, in his official capacity as Denver Reception and Diagnostic Center Warden,
KELLIE WASKO, in her official capacity as Deputy Executive Director of Colorado Department of Corrections,
DENVER RECEPTION AND DIAGNOSTIC CENTER (DRDC), and
THE COLORADO TERRITORIAL CORRECTIONAL FACILITY (CTCF),

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

In light of the parties' Joint Status Report and Request to Continue the Stay (Dkt. #138), it is hereby ORDERED that the stay in this matter shall be continued through June 17, 2019, on which date the parties shall file another status report to appraise the Court whether mediation was successful, whether they believe further negotiations will be necessary, or whether the parties would like the Court to reset the discovery cut-off date and deadline for filing dispositive motions.

Date: May 15, 2019